BRUCE F. STANFORD ABA NO.: 8606031
LAW OFFICES OF BRUCE F. STANFORD, LLC
P.O. Box 873
Seward, Alaska 99664
Tel. (907) 224-3458; Fax (907) 2243459
bfstanfordlaw@gmail.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of PRECISION TIMBERWORKS, an Alaska Sole Proprietorship,<br><br>    Plaintiff,<br>vs.<br><br>PK BUILDERS, an Alaska Sole Proprietorship, CONTRACTORS BONDING & INSURANCE COMPANY, an Illinois Corporation, BOND NO. CSB002013,<br><br>    Defendants, | Case No._____ |

## MILLER ACT COMPLAINT

COMES NOW Plaintiff the United States of America, for the use and benefit of Precision Timberworks and alleges as follows:

1.    The Use Plaintiff, Precision Timberworks ("PTW") was and is an Alaska sole proprietorship owned by Joshua Leatherman, has paid all necessary fees and penalties due and filed all reports due, if any, and is in all ways qualified to bring and maintain this action. PTW does not do business in the State of Alaska as defined in AS 10.06.718 and is not required to obtain a certificate of authority to do so in order to bring and maintain the instant action.

2. Defendant PK Builders ("PKB") was and is a partnership owned by Pamela Roth and Philip Kelley Roth doing business in Alaska.

3. Defendant Contractors Insurance & Bonding Company ("CIBC") was a Washington Corporation and that is now an Illinois Corporation that is engaged in, among other activities, the issuance of contractors' bonds in the State of Alaska.

## JURISDICTION

4. The court possesses federal question jurisdiction pursuant to 28 U.S.C. Sec. 1331 over Use Plaintiff's cause of action against PKB conferred by the "Miller Act": 40 U.S. C. Secs 3131, 3134.

## VENUE

5. Venue is proper in this court under 40 U.S.C. Sec. 3133 because the work out of which this dispute arises was performed in Glacier Bay National Park and Preserve, State of Alaska.

6. The substantive law of the State of Alaska applies because the parties formed their contracts in Alaska and the materials and services in question were provided to or were intended for construction of the Huna Tribal House in Glacier Bay National Park and Preserve.

## FACTUAL ALLEGATIONS

7. This dispute arises out of a federal government construction project more specifically identified as the Huna Tribal House, (Contract No. P14PC00258.)

8. On or about July 3, 2014 PKB subcontracted with PTW to provide certain materials and services for the subcontract amount of $352,872.00 for the Huna Tribal House build.

9. CIBC, as surety, furnished the United States of America a joint and several payment Bond No. CSB0020131 dated July 2, 2014, in the penal sum of $2,914,699.00 conditioned upon the timely and proper payment to all persons supplying labor and material in the prosecution of the project described herein and making it and PKB jointly and severally liable to such persons to the full amount of the penal sum of the payment bond.

10. PTW completed its work in compliance with the requirements of the contract documents.

11. The Federal Government has already paid PKB 100% for materials provided by PTW and 95% for the labor which PTW provided. PKB certified to the National Park Service that it paid PTW $223,817.32 when to date PTW has received payments in the amount of $172,069.33.

12. Upon information and belief said sums were held back with no immediate notice as required by law by PKB as part of a scheme to defraud their subcontractor PTW, e.g. moneys being held back for "chargebacks yet to be determined."

13. Furthermore, the subcontract stated: "the contractor shall hold retainage from the subcontractor in the same method as the owner withholds it from the contractor." It is a breach of contract to withhold retainage if nothing is being retained by the owner.

14. Attached hereto as Exhibit "1" and incorporated herein by this reference is a copy of the contract between PTW and PKB setting forth the terms and conditions of payment and the contract amount.

15. Attached hereto as Exhibit "2" and incorporated herein by this reference are true and correct copies of PTW's invoices for the materials and services provided to PKB.

16. Attached hereto as Exhibit "3" and incorporated herein by this reference is a true and correct copy of the Miller Act Notice of Claim on Payment Bond provided to CIBC, PKB and the Federal Government concerning PTW's claims.

17. PKB has failed and refused to pay fully on invoices when due and has certified to the National Park Service as representative for the owner that it has in fact paid all sums due the Plaintiff PTW when it has not done so.

## CAUSES OF ACTION

### COUNT I- PAYMENT ON THE BOND CLAIM

18. More than ninety days but less than one year has expired from the last date upon which the Use Plaintiff PTW furnished materials and services on the above project.

19. By reason of the failure of the PKB and/or CIBC to pay Use Plaintiff PTW the sum of $ 151,359.67 justly due and owing to it and in accordance with the provisions of the Payment Bond identified as Exhibit "3" hereto the Miller Act Defendants PKB and CIBC as surety, have become indebted jointly and severally, to the Use Plaintiff PTW in the sum of $151,359.67.

20. Use Plaintiff PTW has conformed and complied with all conditions required of it under the Payment Bond, Exhibit "3."

21. Use Plaintiff PTW has conformed and complied with all of the conditions required of it under the Miller Act.

### COUNT II- BREACH OF CONTRACT CLAIM

22. PKB breached its contract with Use Plaintiff PTW by failing to pay the full amount due for the goods and services it provided.

MILLER ACT COMPLAINT
Precision Timberworks v. PK Builders, Contractors Bonding & Insurance Co.
4

23. Use Plaintiff PTW is entitled to damages for this breach of contract in an amount to be proven at the time of trial.

## COUNT III – QUANTUM MERUIT CLAIM

24. Defendant PKB is liable in quantum meruit for the value of the materials, goods and services it received from Use Plaintiff PTW.

## PRAYER FOR RELIEF

WHEREFORE, the United States of America, for the use and benefit of Precision Timberworks, prays for relief as follows:

1. For judgments against Defendants PK Builders, Contractors Bonding and Insurance Company's Bond No. CSB002013, jointly and severally in the sum of $151,359.67;

2. For an award of pre and post judgement interest and/or service charges in the maximum amount allowed by law;

3. For an award of attorneys' fees and costs incurred herein, including without limitation on appeal and in the course of collection; and

4. For such other and further relief as may appear just and equitable in the premises.

RESPECTFULLY SUMITTED this 29th day of June 2016.

LAW OFFICES OF BRUCE F. STANFORD, LLC
Counsel for the Use Plaintiff Precision Timberworks

*/s/ Bruce F. Stanford*

BRUCE F. STANFORD, ABA No. 8606031
P.O. Box 873
Seward, Alaska 99664
Tel. (907) 224-3458; Fax: (907) 224-3459
E-mail: bfstanfordlaw@gmail.com