09/20/16
RHR
2184.04

Raymond H. Royce III
LAW OFFICES OF ROYCE & BRAIN
1407 West Thirty-First Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919
rroyce@roycebrain.com

Attorneys for Defendants PK Builders and Contractors Bonding & Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of PRECISION TIMBERWORKS, an Alaska Sole Proprietorship,<br><br>    Plaintiff,<br><br>vs.<br><br>PK BUILDERS, an Alaska Sole Proprietorship, CONTRACTORS BONDING & INSURANCE COMPANY, an Illinois Corporation, BOND NO. CSB002013,<br><br>    Defendants. | |

Civil Action No. 3:16-CV-0146 SLG

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their respective counsel of record, and hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in this case be dismissed, with prejudice, with each party to bear all of their own costs and attorney's fees.

<div style="float:left">LAW OFFICES OF ROYCE & BRAIN<br>
1407 West Thirty-First Avenue, 7th Floor<br>
Anchorage, AK 99503-3678<br>
Telephone: (907) 258-6792<br>
Facsimile: (907) 276-2919</div>

|  |  |
|---|---|
|  | LAW OFFICES OF BRUCE F. STANFORD<br>Attorneys for Plaintiff |
| DATED: 9/20/16 | By: /s/ Bruce F. Stanford<br>P.O. Box 873<br>Seward, Alaska 99664<br>Phone: 907-224-3458<br>Fax: 907-224-3459<br>Email: bfstanfordlaw@gmail.com<br>Alaska Bar Association No 8606031 |
|  | LAW OFFICES OF ROYCE & BRAIN<br>Attorneys for Defendants |
| DATED: 9/20/16 | By: /s/ Raymond H. Royce III<br>1407 W. 31st Avenue, Floor 7<br>Anchorage, Alaska 99503<br>Phone: 907-258-6792<br>Fax: 907-276-2919<br>Email: rroyce@roycebrain.com<br>Alaska Bar Association No 8206060 |

CERTIFICATE OF SERVICE
I hereby certify that on 9/20/16 a true and correct copy of the foregoing document was served electronically on:

Bruce F. Stanford
Law Offices of Bruce F. Stanford, LLC
P.O. Box 873
Seward, Alaska 99664
bfstanfordlaw@gmail.com

By: /s/ Raymond H. Royce III

Stipulation for Dismissal with Prejudice
*Precision Timberworks v. PK Builders, et al.*
Case No. 3:16-CV-0146 SLG
Page 2 of 2