# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, and for the
use and benefit of PRECISION
TIMBERWORKS, an Alaska Sole
Proprietorship,

        Plaintiff,

    v.

PK BUILDERS, an Alaska Sole
Proprietorship, CONTRACTORS BONDING
& INSURANCE COMPANY, an Illinois
Corporation, BOND NO. CSB002013,

        Defendants.

Case No. 3:16-cv-00146-SLG

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Docket 18), and good cause appearing,

IT IS HEREBY ORDERED that all claims in this case are DISMISSED with prejudice with each party to bear all of their own costs and attorney's fees.

DATED this 28th day of September, 2016 at Anchorage, Alaska.

                    */s/ Sharon L. Gleason*
                    UNITED STATES DISTRICT JUDGE